UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No.:** |
| v. : | |
| : | **VIOLATIONS: 18 U.S.C. § 669** |
| **RAYMOND JACKSON,** : | |
| : | |
| **Defendant.** : | |

## INFORMATION

The United States Attorney charges:

That from on or about July 1, 2003, through on or about October 24, 2006, in the District of Columbia, the defendant, RAYMOND JACKSON, willfully and knowingly did embezzle, steal, without authority convert to the use of any person other than the rightful owner, and intentionally misapply, the property and assets of a health care benefit program, that is, medications valued at an amount exceeding $100, which property belonged to St. Elizabeths Hospital.

**(Theft or embezzlement in connection with health care
in violation of Title 18, U.S. Code, Section 669)**

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 451058

_____/s/_____
Thomas E . Zeno
Assistant United States Attorney
D.C. Bar No. 348623
United States Attorney's Office
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, DC  20530
(202) 514-6957