UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.: 07-340-(EGS) |
| v. : | |
| : | |
| RAYMOND JACKSON, : | |
| : | |
| Defendant. : | |
| _____ : | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please note the appearance of G. Allen Dale, as retained counsel on behalf of defendant, Raymond Jackson. I certify that I am a member in good standing with this Court.

                                                      /s/
                                    G. ALLEN DALE - Bar No. 954537
                                    601 Pennsylvania Avenue, N.W.
                                    Suite 900 - North Building
                                    Washington, D.C. 20004
                                    (202) 638-2900
                                    Facsimile: (202) 783-1654
                                    gallendale@aol.com