```
             UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES
    Plaintiff,

  vs.                                                  Criminal No. 07-340(EGS)

RAYMOND JACKSON
    Defendant.

**<u>ORDER</u>**

    The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **<u>APRIL 11, 2008</u>**; defendant's memorandum lf law, if any shall be filed by no later than **<u>APRIL 18, 2008</u>**; the Government's memorandum of law, if any shall be filed by no later than **<u>APRIL 25, 2008</u>**, and it is further

    ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **<u>MAY 2, 2008 AT 12:00 A.M.</u>**

    IT IS SO ORDERED.

    DATE: January 9, 2008       EMMET G. SULLIVAN
                                           UNITED STATES DISTRICT JUDGE