U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA          :

           V.                          :          Case No.    07-340 (EGS)

    RAYMOND JACKSON,                  :          **FILED**

      Defendant.                          JAN - 9 2008

                  :
            **ORDER**          NANCY MAYER WHITTINGTON, CLERK
                         U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the _____9th_____ day of ____JANUARY, 2008_____ ORDERED: a date convenient to the parties

3. That if the defendant is released on bond that he or she be accompanied on by __Special Agent Latonya Tucker or other law enforcement officer_____ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __Department of Health and Human Services_____

_____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of __Special Agent Latonya Tucker or other law enforcement officer_____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)   EMMET G. SULLIVAN

DOJ USA-16-80

COURT