UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Criminal No. 07-340 |
| v. : | |
| : | FILED |
| RAYMOND JACKSON, : | JAN 2008 |
| Defendant : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## STATEMENT OF THE OFFENSE

Defendant Raymond Jackson ("Mr. Jackson") agrees to the following statement of the offense.

In 1997, Raymond Jackson began working as a staff pharmacist at St. Elizabeths Hospital (St. Elizabeths), which is located in the District of Columbia, under the auspices of the Public Health Service. Between 1997 and 2006, St. Elizabeths was a health care benefit program within the meaning of 18 United States Code, Section 24.

In 2002, Mr. Jackson became the Chief Pharmacist of St. Elizabeths and had the rank of Commander in the Public Health Service. In this position, Mr. Jackson supervised the staff pharmacists of the hospital and was responsible for both the main medicine storeroom and the satellite pharmacies of the hospital. Mr. Jackson remained the Chief Pharmacist of St. Elizabeths throughout the period described in this Information.

Starting about July 2003, Mr. Jackson began selling medications through a company called Jackson Pharmaceutical Services, which had been created by himself and his wife. The medications sold through Jackson Pharmaceutical Services were taken by Mr. Jackson from St.

Elizabeths or by Mr. Jackson's wife from pharmacies of Kaiser Permanente at which she worked in Maryland. The medications taken by Mr. Jackson were mostly psychotropic medications, although some were medications for physical ailments such as hypertension. No controlled substances were taken by either Mr. Jackson or his wife. The total value of the medications sold by the Jacksons was $235,882. Mr. Jackson admits that $95,000 of this amount is attributable to the medications he took from St. Elizabeths.

_____    _____
Raymond Jackson                     6/12/2007
                                    Date