UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
       Plaintiff,

                    VS.        CR. NO. 07-340

RAYMOND JACKSON
       Defendant

FILED
JAN - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

I, RAYMOND JACKSON, the above named defendant, who is accused of **THEFT OR EMBEZZLEMENT IN CONNECTION WITH HEALTH CARE** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant
G. Allen Dale

_____
Before
Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment