UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Case No.1:07-CR-340 (EGS) |
| | : | |
| | : | |
| | : | |
| v. | : | Sentencing: May 6, 2008 |
| | : | |
| RAYMOND JACKSON, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## DEFENDANT'S SUPPLEMENTAL
## MEMORANDUM IN AID OF SENTENCING

The defendant, Raymond Jackson, through undersigned counsel, respectfully submits to

the Court the following Supplemental Memorandum in Aid of Sentencing, consisting only of

numerous letters in support of Mr. Jackson, which were received subsequent to the filing of his

his position regarding the sentencing factors espoused in 18 U.S.C. § 3553(a).

                                        _____/s/_____
                                        G. ALLEN DALE  954537
                                        601 Pennsylvania Avenue, N.W.
                                        Suite 900 - North Building
                                        Washington, D.C.  20004
                                        Telephone:  (202) 638-2900
                                        Facsimile:  (202) 783-1654
                                        gallendale@aol.com

April 24, 2008

Dear Judge:

This letter is being written to help you know the type of person Mr. Raymond Jackson really is. Mr. Jackson is my brother-in-law. It is an old adage that people do not get along with their in-laws. In this family, I count myself blessed to have the in-laws I do, particularly Mr. Jackson. He has always been understanding, patient and caring.

My oldest daughter who is now 25 years of age is disabled. Mr. Jackson has been assisting in so many ways to help her achieve amazing progress that many experts thought she would never reach. It is hard to put down in words their relationship, except to say there is a quiet gentleness that seems to control it that one would have to see to really understand.

Also, there has been especially a strong bond established between my youngest daughter who has just turned 10 years old and her "Uncle Ray". She is a straight A student, about to test for her 2nd degree black belt this month, and a gymnast/acrobatic, in which she has won numerous awards, even nationally. In addition, she plays the piano and guitar very well. Despite all these activities that she does and the accomplishments she has made, a couple of the things she looks forward to doing the most are simply playing catch and visiting her "Uncle Ray".

She is aware that her "Uncle Ray" has gotten into trouble and has asked us whether "Uncle Ray" will be able to see her receive her 2nd degree black belt, and to compete in the nationals this summer in gymnastics/acrobatics. I told her that I could not answer those questions yet.

I just wanted this Honorable Court to see the nature of the person. I am not trying to condone or to camouflage what has happened. What I do hope is that this Honorable Court would consider that an event of a person's life does not define that person, but the many aspects of that person may be viewed to give a true picture.

I would be willing to do whatever this Honorable Court considers appropriate. I have been a very active trial attorney for almost 30 years and have handled literally thousands of cases at this juncture. Concomitantly, I have sat as a Probate Judge in Baltimore City for the last 12½ years. I have never given my personal assurances for almost anyone during career, but would give it for Mr. Jackson without hesitation.

If there is any question and/or additional information that this Honorable Court needs that I might be able to provide, please do not hesitate to contact me.

Very truly yours,

Lewyn Scott Garrett

**From:** jazz4life@comcast.net
   **To:** RJ4340@aol.com;gallendale@aol.com;
**Subject:** Ray Jackson
   **Date:** Mon, 28 Apr 2008 7:58 pm

In the case of Raymond Jackson:

To Whom it May Concern:

Raymond Jackson and I have been friends since elementary school (first grade/age 5) and our friendship
continues to this very day. I know Ray to be a loving father and husband, a caring friend, loyal son, brother, etc.
He has faithfully supported his family and mentored community teens and tried to impress upon them the
importance of education in achieving their career goals. One case in particular that I'm aware of is his mentoring
and supporting a young woman, with great potential, in pursuing her education at Spelman College. He has
provided her with emotional and often times the financial support that she needed. She continues to flourish at
Spelman College and with the foundation he has provided, has an outstanding future ahead of her. Without Ray's
counsel and encouragement, I'm not certain what path her future would have followed.

During the Katrina crisis, many families were displaced and shuttled to various regions of the country. One family
in particular, arrived in Charles County, MD and were fortunate enough to be sponsored by Ray and his family.
During such a time of emotional upheaval, his support provided a  calming presence in their life and assisting
them in obtaining necessary services and assistance.

Ray has always been available to his family whenever support of any kind is needed. He has also been
supportive of his friends. A few years ago, a mutual friend passed away, and Ray stepped in and mentored the
friend's son during a most difficult time and to assist the family.

To say that I was shocked to learn of the crime Ray was charged with would be an understatement.  Knowing
that he pled guilty to the charges is an example of his willingness to take responsibility for his actions.  I firmly
believe that his actions were an aberration.  He is truly repentant for his actions and has been extremely humbled
by this unfortunate mistake.

I ask that in reaching your decision, that you show him mercy and take into consideration the positive impact his
has had on his mentorees, family and friends.  Accepting responsibility for his actions is a powerful lesson and an
example to his mentorees of recognizing the consequences of your actions.

Thank you for considering my letter.

Sincerely,

Tamale C. Walton

Honorable Emmet G. Sullivan:

Hello, my name is Aaron Jackson and I am Raymond Jackson's son.
My father has been the biggest influence in my life and he, along with my mother, made
me what I am today. I love him dearly because he instilled in me confidence, high
standards and a great work ethic.

When I was in elementary school, academics never came to me as easy as they came to
my sister, Ashley.  Additionally I was painfully shy, so much that I used to let my sister
do all the talking for me. My sister has a natural leader type of personality. Since she is
my big sis, so I let her lead. Ashley was always the captain of this and the president of
that; she loved to be a part of organizations and teams. I guess you could say, I was just
the opposite. I would only socialize with a select group of people. I was so shy that
leading a group activity or joining every club never occurred to me. I was what you call
a late bloomer.

In circumstances like this, a lot of parents would have tried to change me to make me
more like Ashley. My mom and dad never did this. They always accepted my
individuality and sought to help me find my God given gifts. I never felt pressure to live
by Ashley's code. To this day I respect and love them for that. Especially my dad, he
would always tell me that I would discover the man I will become. So, he continued
taking me to football practice, track team tryouts, baseball practice and any thing I
wanted to participate in. He never forced me to do these things and was always patience
and supportive of me. My father was and still is my greatest hero.

Today, I am a college freshman living in Florida. I have decided to go out for the
football team and I am a member or leader of many club organizations. I actually began
to sprout in late middle school and in high school I found my way. Last year as a senior, I
was a recipient of a most prestigious award, which recognizes our state's outstanding
seniors. I was chosen to speak at our graduation exercises and received a partial
academic scholarship. I am aware of the statistics regarding African American males
being the lowest enrolled in college, the most likely to end up in jail, the least represented
in corporate positions. Yes, I am blessed to be from a two parent household, but I think
what happens in the home is equally, if not more important, than merely who lives there.
With this in mind I know how painful the mistakes my father made have been on him.

My dad made sure I avoided all potential pitfalls by being my biggest supporter, giving
me the gift of time and encouraging me and emphasizing everything that was good and
positive about my uniqueness. He laid the foundation for me to be the independent and
self-assured young man that I am today. He helped me to set high standards for
achievement and to work hard or harder to reach these goals. He let me know it is okay
to finish a race at my pace, as long as I stayed the course and finished.

This legal case essentially took place throughout my entire senior year of high school.
Despite, the turmoil of this situation my parents shielded me and I had a typical
graduation year. I didn't become fully aware of this situation until after graduation and I

was preparing to go off to college. My dad was true to fashion, dedicating himself to making sure I finished what I started no matter what the sacrifice.

My dad is a good person at heart and he raised me to be a good and productive citizen. Now, it is my turn to climb the fence, figuratively, to be at his side and this letter is my attempt to do this. My dad is a loving, caring and giving person. He sometimes takes on too much because he has such a big heart. He helps take care of all my grand parents, my great uncles and aunts and some of my cousins who were not fortunate to have great home situations.

He used very poor judgment and landed himself in your court, but he is not a career criminal nor has he lived a life dedicated to theft or breaking the law. If anyone deserves a second chance it is my dad, Raymond Jackson.

Thank you for hearing me and I hope you will consider my perspective during your sentencing.

Sincerely,

Aaron Jackson

The Honorable Emmet G. Sullivan:

It is with great pleasure to write this character letter on behalf of a young man whom I have known my entire adult life, Raymond T. Jackson. I have observed first hand, his desire to learn and dedication to excellence, which are reflected in his high school and postsecondary commitment. I have enjoyed watching him grow and become an outstanding young man. Raymond attacks his role as a parent and a son with exuberance and enthusiasm, making it easy to like him and a pleasure to be around. His work ethic inspires others and he has earned the respect of many throughout the community.

As a generational family friend, I have witnessed his love for all. Probably one of the best ways to measure his kindness is by the relationship that he has maintained, not only with his immediate family, but also with his church family. Raymond is conscientious and a very hard worker who always displays a triumphant spirit and a warm demeanor. It is always a joy to watch him interact with his mom and dad with the commitment of making them proud of him. He has always been there for them and feels it is his responsibility as a son.

Often, Raymond has been faced with helping to resolve many complexes and complicated issues for many family members .He has always tried to move beyond the complexities, to come up with practical strategies and plans to assist them.  Raymond's, energy, and enthusiasm for **helping others** has help to create these troubling times for him.  He has funded and aided all of his siblings as well as his parents.  Raymond is the glue that keeps his immediate and extended family together.

Although it was extremely painful, he called and shared with me some of what was happening, **he asked for "my prayers" and he asked me to remember his  "true character**." he began to share with me that he had made some very bad choices in which he was truly sorry for and that he wishes he could reverse them.
After speaking with him for a very long time he continued to share the calamity, worry, and fear that he is experiencing, yet taking full responsibility for his unwise choices.

It is my hope that Raymond's true character (devoted parent, outstanding son, dedicated worker, wonderful friend and the many other contributions he has made to society in an important way) **is given the up most consideration...** Again, I have had the unique opportunity to get to know Raymond, and I can say with complete confidence that the unwise choices he made in the past will NEVER be repeated as it doesn't represent his true character.  He is very remorseful and has clearly learned from and understands his mistakes.


Sincerely,

Clara Burks
Child Advocate for Gwinnett County Schools District.

# Grace Memorial A.M.E. Zion Church
## 7311 Lightship Court
## Burke, VA 22015
## 703.569.5822

April 28,2008

To The Honorable Emmet G. Sullivan:

I have known Raymond Jackson for over a year as his Pastor. During this time he has proven to be a dedicated and faithful member. Raymond has been supportive of the church and this Pastor.

Although I have known him for a short time, his gentleness, sincerity, and love for people and God were evident almost immediately. Raymond is an Intelligent, personable young man, husband and father with a strong faith. He is to be admired for his ability and courage to admit his shortcomings. I feel confident in saying that Raymond will continue to live according to lessons learned from this current situation and attempt to live his life so that it honors his God, family and country.

Fell free to contact me if I can be of any further assistance.

Sincerely,

Rev. Dr. Tresa Scott-Turner, Pastor

4/25/2008

The Honorable Emmet G. Sullivan:


Letter to my brother and close friend:

      I'm writing this letter to tell you how much I love and how much you have been a positive influence in my life. I think about you everyday and pray that the things that you are going during this period of your life is just a test that the lord has bestow you in order to test your resolve and character. You have always been a pillar and a steady rock in our family, and if people knew you like I know you, they would know how much of a good hearted and loving person you truly are. I think about the many times you have been a sounding board for me to air out problems that were going on in my life, and you were there to lend ears no matter how long I wanted to talk, always giving moral support and advice. Big brother I love you so much, believe me when I tell you everything is going to workout fine.

      People make mistakes in their lives no one is perfect; believe me I have sure made enough of them myself, but one thing you have to remember did you learn anything from it. Life has many ups and downs, but if you learn something from your experiences and continue to strife to become a better person from it, things will work in the end. You are one of the most caring and loving person I know, for those individuals who might be reading this letter its rare that you will find such a great person as my brother just take a few minutes and have a conversation with him and you will be able to judge for yourself. Everybody needs a second chance to redeem them self, and I can't think of a more deserving person than my brother. Big bro, I love you and God bless you. It has been a very tiring few years with several family members passing. I feel if you had not been there to lend your support I truly don't know how we as a family would have been able to handle it all. Keep your chin up and know all of the family members love you and support you in your time of need.

      Judge Emmet G. Sullivan this a letter I wrote to my brother recently, so that he would read it before his court date. I wanted you to read it and hope you understand the love and devotion I have for my brother. You probably think I should feel this way because I am his sister. However, I feel this way because I know his true character and his heart. My brother has a kind and giving heart. If you were to pick 10 people who know him they would tell you the same. Raymond has touched so many people's lives in such a positive way. Please Your Honor on May 6th he will go before you for sentencing. Be understanding and as lenient as the law allows. Raymond is a precious and genuine jewel of a person that deserves to be free. There is no doubt in my mind my brother has learned from this horrible error in judgment and he is truly remorseful. Thank you for taking the time to read this letter.

Respectfully
Jenelle Jackson

Honorable Emmet Sullivan:

I have known Raymond Jackson for over 28 years he married my older sister Brenda. He is my Brother-in-Law. Raymond has always been the type of person I could and still go to for good advice. I can remember when he was dating my sister when he was in college always studying, working and trying to better himself. He passed his brains and determination on to his children. Raymond has always helped others and me whenever he was asked.

Several years ago I started messing around with drugs and developed an addiction. I lost my job and my wife divorced me after years of trying to make it work. Everyone in my family turned their back on me except Raymond and my parents. I almost destroyed my parents financially, because I was always asking for handouts and support when I knew they didn't have it. If it wasn't for Raymond's persistence I know I would still be out there doing the same old stuff. Raymond treated me like I was his blood brother, not a Brother-in-Law. He helped my parents out of the financial crises I put them in. As well as help me get back on my feet once I decided to kick the habit. I now have a new job and have recently remarried. My ex-wife was reluctantly to allow my daughter visit me. Raymond arranged for us to meet at his house and told my ex-wife he was taking full responsibility for the meeting. He knew how important it was to both of us. I am determined to stay clean and make him as proud of me as I am to have him as my Brother-in-Law. I have always looked up to Raymond and always will.

Raymond supported me and gave me a second chance to get my life right. I am here for him now and believe he deserves a second chance as well. This one mistake in judgment is not something that can spoil the love and respect I have for him. Though we are far apart now, he is always in my thoughts and prayers. I know these past months have been hard for him and his family. I have talked to Raymond numerous times over the past months and noticed how he has slipped into a deep state of depression. Raymond has punished himself for his actions so much he is no longer the confident and outgoing person he was before. Nevertheless, I still respect and admire him. He pulled me out of my troubles and was there for me when I was hurting my entire family. Raymond has told me he is very disappointed in himself for the decisions he made. He has accepted that he is responsible for his lack of good judgment.

I ask that you take into account all the good he has done for me, so many others and all his life. From keeping me on the right side of the track; to helping others in whatever he could; he listens to others and is always encouraging them; he has been there for my nieces and nephews by giving them a loving secure place to come to discuss whatever problems they were having.   My niece was murdered in Detroit. Although, Raymond was going thru problems of his own, he insisted my sister be there to support her family as always. He did not object when my sister brought my niece's son back with her so that he could get away for a while.

PLEASE do not judge him to harshly for this lapse in good judgment. Please consider his lifetime of good decisions and deeds. I pray you give my Brother-in-Law a second chance to get his life in order. I know from this day on he will use better judgment in all of his decisions he makes. He needs to be there for his children who are in college, especially his son who will be a freshman in college this year and his Aunt who has Alzheimer disease and depends on him a lot since the death of her husband.


Sincerely,

Kenneth Hughes

The Honorable Emmet G.Sullivan:

I am writing this letter on behalf of my Uncle Raymond, better known as Uncle Ray. My name is Matthew Hughes I would have written this letter a lot sooner, but I did not realize it was an option.

Currently I am a freshman in college attending Wayne State University with plans to graduate with a dual degree in business and accounting. Hoping someday to be the owner of my own company. Unfortunately, I have not always been this focus and diligent about school. When I was ten years old my mother died of cancer. My father, Uncle Ray's Brother-in-Law was unable to cope with my Mother's death. Instead of being there for me he shut me out of his life. With the lack of parental guidance I did what I wanted. That meant not attending school and getting in and out of trouble. Since I live in Michigan and Uncle Ray and Aunt Brenda lived in Maryland. It took a while for them to find out I was running wild. I chose to hang out with the wrong crowd, be a bully and do things I knew I shouldn't have done.

When my Uncle found out I was not attending school and just out of control he intervened. I can tell you one thing about my Uncle he is the sweetest person in the world, but don't get him upset with you. Uncle Ray called my father and made arrangements for me to live with him. Reluctantly and with a plan I moved in with Uncle Ray. My goal was to cause as much chaos and turmoil that he would put me on the next thing smoking to Detroit. Some how Uncle Ray knew this and no matter what I did he was determined to keep me. All our relatives called him crazy, but he didn't care.

Eventually Uncle Ray found a therapist for me to talk to. The day he broke the news to me I told him I was not going. That was ok with him, he arranged to have him come to the house. So once a week the therapist who was an old friend of his would come to the house. After numerous sessions I realized this was something I should have done a long time ago. There were so many issues I needed to deal with. Finally I realized Uncle Ray and his family wasn't as bad as I made it out to be. I even started doing better in school. My grades improved to the point I was allowed to run track and play football. After living with Uncle Ray I returned to Detroit and my father. My father died May of 2006 and I don't think he ever got over my mother's death.

Uncle Ray still remains to be an important and positive force in my life. He will always be my greatest ally and role model. I looked up to him then and I do now. Uncle Ray would constantly tell me you make choices in your life some good and some bad, but they are your choices so you cannot blame anyone but yourself.

Granted my Uncle made a bad choice, but he realizes it and never once did he blame others for his mistake and lack of good judgment. Please take in consideration his honesty and the remarkable good citizenship he lived by before this error. He is the best Uncle any nephew could wish for. How he dealt with me during my early years only God knows. Also he never gave up on me. I was not his Brother's Son I was his wife's Brother's Son; however, he took the time to change my life. If it had not been for Uncle Ray I would have been another black teen gone bad. Your Honor please take into consideration his past good deeds when sentencing him. Thank you for your time Matthew Hughes future president of S&J Enterprises in honor of my parents Stephanie and Jimmie Hughes

Respectfully

Matthew Hughes

To: Judge Emmet G. Sullivan

From: Lawrence L. Wood
Field Manager of Customer
Xerox Corp. (Retired)

Subject: Mr. Raymond Jackson

April 29, 2008

My Name is Lawrence L. Wood and I am writing this memo to acquaint you with Mr. Raymond Jackson. I have known his family for more than ten years and have known him for at least seven years.

He is the brother of a very close friend of mine and because of this I have had the opportunity to be in his presence many times socially at family gatherings. As I became more acquainted with Mr. Jackson and his immediate family he solicited my support in performing home services. It was on these occasions that I was able to get to know his true character..

First and foremost he is a very loving family man, dedicated to the well being of his wife and their two children. Also, I learned Ray was the corner stone of his clan. On more than a few occasions I heard him coaching family members and acquaintances through difficult situations and he was very happy to be of assistance.

At that point I was impressed with his character as a human being but I was stunned when he approached me and offered to coach a young acquaintance of mine that could benefit from his mentorship free of charge. I knew he was sincere because he reminded me of his offer many times afterwards. This sort of giving of oneself to others is the Ray Jackson that I know.

Your Honor I know you will be making some decisions regarding Mr. Jackson's repayment of debt to society. However when you do I request that you also consider his positive accomplishments such as his many years of employment in the field of pharmacy, his positive volunteer involvement with the youth in his community, his extensive community involvement, his willingness to help anyone who needed it and his many other contribution as a U.S. citizen.

Thank you for this opportunity to acquaint you with Mr. Raymond Jackson and I hope that you consider all the above in you sentencing process. Mr. Jackson is extremely remorseful, because he has told me on several occasions. He accepts all responsibility for his actions. Please be lenient on him.

Respectively,

Lawrence L. Wood

Judge Emmet G. Sullivan

Honorable Judge Sullivan:

We are the proud parents of Raymond Jackson. We want you to know some things about Raymond from a parent's point of view. Raymond has always been hardworking and dependable. He is the one of our five kids that we never had to worry about. As a young child he always helped with household chores and helped his siblings with their homework. He has always had a big heart and wanted to help those in need. All through his school years, he contributed as much time as he could working for charity causes and programs at our church. If you met anyone from our neighborhood or our church they would tell you that Raymond is a very delightful, helpful and compassionate person.

As an adult, he has always been the child to take care of all our business. He oversees our bills, our taxes, our doctor visits and all the household maintenance. Even after he got married and had his own family, Raymond would visit us at least twice a week to check on us, no matter how tired he was or what was going on in his life.

Raymond is the most devoted son anyone could ever want. He never gave us any trouble as a child, teenager, or young adult. He worked his way through college and got a partial scholarship. Neither one of us went to college so he had to figure all this out on his own. He is self-motivated and hard working. He became a pharmacist when we didn't even really know how one goes about getting into this type of profession. We are real proud of Raymond and the person he became.

Of course, God didn't make any perfect people, so everyone makes mistakes. Raymond has told us all about his current problem. He was full of shame and it was extremely hard for him to tell us what he did. Every since this ordeal my son has been severely depressed. He is unable to perform life's simple daily functions. I have never seen my son in such a helpless and sad state. We hardly recognized our son and we see the hurt and regret on his face. Raymond has told us repeatedly how sorry he is for the hurt and embarrassment he has caused us. We understand that Raymond has made a big mistake and now he will have to deal with the consequences. We just want you to know that this mistake is just that --a mistake. It is not the

essence of Raymond. The real Raymond is the person that is law abiding, respects and honors his parents, and works hard to earn his way. We know Raymond better than anybody else in this world, and we know that he is deeply ashamed of his behavior. Raymond has punished himself immensely for his lack of good judgment and the grave mistake he made. When he told us about it, he didn't make any excuses or blame anyone else. He took full responsibility for his wrongdoing. This is why we are even more proud of him. He did something wrong but he recognizes his mistake and he would never go this route again. He has definitely learned his lesson.

Since he is not a threat to anyone, we sure hope he can be allowed to continue to help us even while he undergoes his punishment. Most recently, some health issues have taken a turn for the worse and we need more help in our home. We would be devastated if Raymond was not able to talk to our doctors or help us. As we said, Raymond has always been helpful, but in the past 3 years we have depended on him more than before because we had some surgeries and multiple unexpected deaths. Raymond helped pay for funeral bills and a lot of other expenses when all these deaths happened. Raymond is the backbone of our family and it would be a great hardship if we didn't have his assistance. More importantly, he is our baby and it would be a greater hardship if we couldn't hear his loving voice on our multiple daily calls.

Raymond is a good person and if he gets the chance to do more good he will. As a child, Raymond never needed a lot of heavy handedness to get agreeable behavior. He really hates to disappoint us or anyone else. No matter what the outcome, Raymond will work the rest of his life to be the admirable person that is his true character. He is not happy with himself and Raymond has always had high standards for himself. Raymond has a loving family full of people who love him despite his imperfections. This love will continue to keep him strong throughout this ordeal. We do not condone his actions, but we love him and we have no doubt he has learned his lesson and should be given a second chance.

Respectfully,


Mr. and Mrs. William Jackson

Honorable Emmet G. Sullivan:

I have found you meet some of the most caring and thoughtful people during times of tragedy. One such person is Raymond Jackson. My name is Sandra Herod and I met Raymond Jackson through his wife after Hurricane Katrina destroyed my hometown of New Orleans. My nieces and nephews were in my custody because I was unable to locate my sister and her husband after the hurricane.

About a week or so later he called me to see how we were doing. Since our meeting I told him I had located my mother and brother and they were now with me. However, we were still looking for my sister (the children's mother) and an uncle. He invited all of us to his home. When we arrived he took us to a room that contained boxes and boxes of shoes, clothing and variety of personal items. He told us to take whatever we could use. I later found out all the things came from a clothing drive he sponsored for Hurricane Katrina victims. Whatever we could not use he was shipping to churches in New Orleans, Texas and Georgia and it was all at his cost. Before we left he gave me a check from both him and his wife to contribute toward expenses for my family. I was extremely grateful for everything. He was a blessing to us, my family lost everything and the kids needed clothing for school.

However, Raymond's generosity did not stop there. He was leaving that week to volunteer in New Orleans to help with Hurricane Katrina victims. He took the information with him I had on possible leads to where my sister and uncle might be located. I got some information from the Red Cross, but he felt he might be able to help because he could physically go to these places. He was going to be part of a medical team. After several weeks he called with information that my sister was shipped to a hospital in Georgia and was in serious, but stable condition. However my uncle chose to stay in his home and did not survive the hurricane. I needed to go to Georgia to get my sister and make plans to have my uncle's body shipped to Maryland.

My blessing from God came to the rescue again. My brother and mother didn't want me to go by myself, but we had nowhere to leave the children. I was able to place the older kids with friends. No one volunteered to take the younger ones, but Raymond stepped in and took them. This wasn't an easy task, because they were two very wild little boys. The younger one had nightmares every night since Hurricane Katrina. This loving wonderful man took them in without a compliant or concern. He took my nephews to a football and kept them busy. They had the time of their lives and we will never forget how kind he was to them. He continued to assist us.

My niece was a senior in high school she was suppose to go to Xavier University through a program she had been involved in while she was in high school. Raymond assisted her in filing out applications at other colleges. Making sure she met all deadlines for everything she had to do for college. Also he helped enroll her in a Sat prep course. Without his help I don't know what we would have done. I was not familiar with the process, but he was he had just gone through it with his daughter.

Your Honor I know this is a very long letter, but I wanted you to know how good, special and remarkable this man is. Everything he does is because he has compassion and concern for all human beings. He is the most giving person I have ever met. My family and I owe him so much. He may have done wrong and broke the law, but he is not a criminal. Criminals in my opinion are those who repeatedly break the law and have no remorse in doing so. They don't take responsibility for their actions. That is not Raymond Jackson. He is extremely sorry and very remorseful. I know because when I talked to him about what happened he said, " I made some very bad choices and I have no one to blame but myself." I ask that you take into consideration his good and true character. Do not just base your opinion about him on one error in judgment. I know he will never break the law again. I can assure you this is the only and last time for him, he will not ever do this again. Please reflect on this letter and all of the thoughtful and caring things he has done before coming to a decision.

Thank you,

Sandra Herod

To Whom It May Concern:

My name is Starlette Tolerson I am a really close family friend of the Jacksons. I meet Mr. Jackson through his daughter Ashley Jackson who happens to be my best friend, and has been for six years. Through the extent of our friendship I have grown very close to Mr. and Mrs. Jackson

When I faced the grave possibility that I may not have been able to attend the college of my dreams it was through his generosity that my dream was made a reality. I didn't have enough scholarship money, loans, and money saved to fund my first year of college at Spelman College so it was the Jacksons who gave me a private loan, and gave me money so that I could have school supplies, and spending money while I was in school so I wouldn't have to work my first year. But his generosity isn't just extended to people he knows personally or has a relationship with. The Jackson's have adopted an orphanage in Brazil that houses and takes care of some 20+ children who have been abandoned and have no place to go. It takes a true generous person to do the things he has done because it has all been done out the kindness of his heart.

Mr. Jackson is the kind of person that if you need anything, whether it be time to talk, a shoulder to cry on, an encouraging word when your day is bad, he can be called on for it. It has truly been my privilege and honor to know this man, and for him to have touched my life in the way he has. For it is he who told me, "to whom much is given much is required", and it is with that knowledge that I to must give back with the same generous heart that he has, so I can be a blessing to others in the same way Mr. Raymond Jackson has been a blessing to me.

I truly believe that all of his outstanding, kindhearted deeds and the good, caring, life he led before this unfortunate incident should be take into consideration. Mr. Jackson deserves a second chance to live his life right. I still view him as a positive role model. I know he is extremely sorry for everything he has done. He told me "when you do something wrong you have to except responsibility for that is the first step." I plead that you view the whole person and all his positive past actions when determining his fate.

Sincerely,

Starlette Tolerson

April 24, 2008


Honorable Emmet G. Sullivan:

I have had the pleasure of knowing Raymond Jackson for the past 20 years in a variety of capacities. He was my next door neighbor for 10 years. Currently he is the God Father to my son Jordan.

At all times I have found Raymond to be a wonderful husband, father, a dependable friend, and an exceptional person with a generous nature. He has the kindest heart I have ever known. There was a time when I was laid off from my job and divorced, and it was Raymond Jackson who made certain that both of my sons had Christmas gifts. He refused to send a gift to Jordan, his Godchild, without sending one to Jamal who isn't. I would tell him that he didn't have to do that and he would say, "How can I explain to Jamal Jordan gets a gift and he doesn't." Over the years he has also helped with school clothes, activities, and birthdays. He has always demonstrated empathy and compassion for those less fortunate. In addition to this, he has also given emotional support to me while I was going thru my divorce.

I believe the way Raymond's children have grown to be wonderful and extremely intelligent young adults has a direct reflection on him as a father and person. In his home he always stressed the importance of academic excellence and just being good individuals who demonstrate kindness, honesty and loyalty.

I wanted to express my feelings for Raymond and what he has meant to me over the years. I honestly can tell you he regrets the path he chose and decisions he made. He is very remorseful and has accepted responsibility for his terrible error in judgment. In my opinion, this error in judgment he made was directly related to his generous nature and compassionate heart. Please take his whole life into consideration when you determine his sentence.

Respectfully Yours,


Valorie V. Johnson

April 9, 2008

To Whom It May Concern:

I write this character reference on behalf of Ray Jackson. I have known Mr. Jackson for many years. He is one of the kindest persons I have ever known. He is a devoted family man and a loyal friend. As a supervisor, he was fair and a person that I could talk with about anything. I enjoyed working with him. I wish him and his family the best through a difficult time and may God bless them always.

Sincerely,


Ms. Onley

April 16, 2008

William Jackson
6714 Birch Lane
Camp Springs, MD 20748
Wjack17408@aol.com

Dear Judge Sullivan:
 My name is William Jackson. I'm writing this letter on behalf of Raymond Jackson.
Raymond is my younger brother. I have known and loved Raymond for all of his life. We
are a very close family. We are the closest in age of 5 children and we've always had a
special relationship.
 My brother is a wonderful person who understands that he has made a terrible mistake.
He has always been there when someone needed a hand. He's been intimately involved
with one of my aunts who has advanced Alzheimer's disease. He has basically been
responsible for all of her care. He's helped numerous family members and friends with
financial and moral support. He's been sponsoring an orphan home in Brazil. Raymond
volunteered to go to New Orleans immediately after Hurricane Katrina to assist the
residents among all of the devastation. He sponsored a Katrina family after they were
relocated to the DC area. He has helped his daughter's friends with tuition and books.
This is a very special and giving person who has always been available. When a co-
workers husband passed away, he assisted the family with aid and he even made sure the
college age daughter had a working laptop and home network. These are among the acts
of kindness that I was aware of.
 Raymond realizes that his error in judgment will resonate with him the rest of his life. He
knows he has committed a crime. He wishes every hour he could go back in time and
erase this unfortunate incident. He has sacrificed a $150K a year job. He has lost all of
his retirement. He has been in a deep depression for since his arrest. He does not leave
the house or associate with anyone. His wife was just released after 4 months of
incarceration. His children are still estranged.
 Your Honor. My family and I are imploring you for mercy. I understand that there is a
debt to society. I really feel Raymond has paid. I feel he has been incarcerated during the
last year and a half. This person has positively impacted the lives of a lot of people. I
think he still has a lot of good in him. We need him free.

Respectfully,
William Jackson

To whom it may concern:

Ray is my first cousin so I've known him all my life. He's always been quiet and reserved, actually to me when your quiet like that that can make you kinda nieve. I think that might have made him vunerable for whatever scams or easy for someone to play on his good nature.

Ray's always helping others or wants to even when he was unable to. I remember about five years ago after my cousin had her son and wasn't doing to good he'd give her a little money here and there so she could get some food or whatever she needed.

He's been taking care of Aunt Vi for years especially after her husband passed away. She requires alot of care.

He also does for his mother, father and sister.

Rays kids are well mannered

and educated because Ray's a good
father and he puts family first,
now they are in college both
of them and doing well they
need him more now than ever.
        Rays just an all around
good person and I want to
see him smiling again.
        It hurts me to see
him going thru this ordeal, rest
assure he got caught up in
a scam because this is not
anything he'd do purposely. Someone
took advantage of his kind nature.

                    Cousin
                    Tina

DEAR SIR,

I AM WRITING IN BEHALF OF RAYMOND JACKSON. I WANT THE COURTS TO KNOW THAT MR. JACKSON CAME AND WILL COME TO THE RESCUE OF MANY OUT OF THE KINDNESS OF HIS HEART. HE IS DEVOTED TO FAMILY, FREINDS, AND SOCIETY. MR JACKSON HAS SHOWED HIS DEVOTION TO SOCIETY, FOR INSTANCE THE HELP HE HAS GIVEN TO THE KATRINA VICTIMS. HE EVEN WENT AS FAR AS TO OPENING HIS HOME TO THE CHILDREN TO ALLOW THEIR PARENTS TO GO HOME AND CLAIM THEIR BELONGING AND RELATIVE WHOM DID NOT MAKE IT. MR JACKSON DID NOT KNOW THE CHILDREN BUT MADE THEM FEEL AT HOME. GETTING TOYS, FOOD, AND CLOTHING FOR THEM, EVEN TAKING THEM TO THE MOVIES AND A TOUR OF D.C. I HAVE WITNESS THIS PERSONALLY. AS FOR MYSELF MR JACKSON AND WIFE WERE A BLESSING FROM GOD, TO HELP ME

THROUGH THE TOUGHEST TIME IN
MY LIFE. A SINGLE PARENT SUFFERING
FROM PTSD, WHICH ACTUALLY HAP-
PENED DURNING MY PREGNACY. THROUGH
IT ALL MR JACKSON MADE SURE I STAYED
HEALTHY AND HELPED WITH ANYTHING
I NEED. MR & MRS JACKSON DID NOT
KNOW ME, BUT HEARD OF MY SITUA-
TION FROM A FAMILY MEMBER. THEY
TOOK ON THE TASK OF GETTING ME
BACK ON MY FEET AND START BECOMING
MYSELF AGAIN. GIVING THE GIFT
OF MY SON'S 1st AND 2ND CHRISTAM. &
THROUGH OUT THE YEAR GIVING ED-
UCATIONAL AS WELL AS FUNDAMENTALY
GIFTS FOR MY SON (TOYS, CLOTHING,
WINTER COATS, ETC...). HE EVEN
KEPT MY SON TO GIVE ME BREAKS DUE
TO MY CONDITION. MR. AND MRS. JACKSON
HELP ME ON MY PATH TO RECOVERY AT
IT'S HIGHEST POINT WITHOUT A SECOND
THOUGHT AND I'M SO GRACEFUL. HOW
MANY PEOPLE IN OUR SOCIETY WOULD
TAKE A STRANGER UNDER THEIR WINGS
AND ASK THAT IN RETURN AN TO
GET BETTER AND TAKE OF YOUR

SON IS THANKS ENOUGH. THIS
IS THE MOST UNSELF AND NOBLE ACT
OF KINDNESS I HAVE WITNESSED. I
THANK GOD FOR SENDING THE KIND
AND LOVING GUIDENCE OF MR & MRS
JACKSON.

SINCERELY

Tisha M Burl
4/14/08

①

To: The Honorable Judge E. Sullivan

Your Honor:

My name is Carl Douglas Harrison (59 years young). I am a "Disabled Honorable Discharged Vietnam Veteran (1970)". I am recovering from "Post Traumatic Service Disorder of Depression".

I have complied with the regulations and expectations of the United States Veteran's Administration and the policies and procedures of the Department of Social Security Administration. I completed their Master Barber and Senior Cosmetologist License Programs.

Hence, I have completed the Bachelor of Science Curriculum Degree at the

04/30/2008  07:41    3017725253    VAL EVANS    PAGE  02

②

University of Maryland in College Park, Maryland; imphasizing Vocational Education, Technical Education (1994). I have completed Prince George's Community College's (P.G.CC) Associated Degree Programs in "General Studies (AA)"; "Secondary Education (AS)"; and "Physical Education (AS)" (2000-2005). Currently, I am studing and researching Prince George's Community College's "Fitness and Martial Arts Certification Program".

   At the early birth of Mr. & Mrs. Jackson's daughter, Ashley and their son, Arron, Mr. Raymond Jackson has been an employee opportunist, since 1988. For two (2) decades, I have had the opportunity to provide my services, to his family, as their

Mobil Personal Barber Stylist.

In the long term of twenty (20) years of service, I have observed the successful growth of this young family. In the short term of his misfortune, Mr. Jackson is experiencing an obvious apologetic remorse, with a sense of severe depression. He has competely withdrawn himself from society and his family, with many emotional signs of concern (anxiety, feeling there is no future, hopelessness, agitation, mood swings and thinking of self-harm). I have observed his behavior of depression and sorrow transition for more than one (1) year and currently.

Your Honor, before this illness.

04/30/2008  07:41    3017725253          VAL EVANS                    PAGE  04

of depression and remorse, he has
been a dedicated and devoted husband
and father; and essential in his
profession. He has been more than
a friend to me.

Raymond was there to listen and
help me, when I needed support.
He has motivated and helped me
_____
_____
_____

(5)

very much more "Good" than "bad".

Your Honor, I beg of you to "Please" have mercy on my friend, Raymond Jackson. I hope that you can find in your heart and in the "Heart of Justice", the process to permit Mr. Jackson to pay his monetary debt to society; and at the same time, to continue his professional practice, so that he will be able to provide and support his family.

After his mental status dealing process, I believe that he can/will maintain his honesty and dedication to himself, his family, friends and to the public he serves.

(6)

I pray that he gets well. We need his recovery.

Sincerly,

*Carl D. Harrison*

Carl D. Harrison

Attn:

Fax: 8/632.6309

Phone 3/632.6307

Danny: