HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: 07-CR-340 |
| --- | --- | --- |
| vs. | : | SSN: |
| JACKSON, Raymond | : | Disclosure Date: March 31, 2008 |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
Prosecuting Attorney                                    Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
[X] There are no material/factual inaccuracies therein. *but see attached letter*
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*Mr. Jackson has read the report. His signature will follow.  AD*

_____          _____
Defendant                    Date              Defense Counsel            Date
                                                                            4/15/08

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **April 14, 2008**, to U.S. Probation Officer **Kathie McGill**, telephone number (202) 565-1421, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By: Gennine A. Hagar, Chief
United States Probation Officer

LAW OFFICES OF
# G. Allen Dale
A PROFESSIONAL CORPORATION

G. Allen Dale
Direct Dial Number
(202) 783-1629

601 Pennsylvania Avenue, NW
Suite 900, North Building
Washington, D.C. 20004

April 8, 2008

Kathie J. McGill
Senior United States Probation Officer
333 Constitution Avenue, NW
Washington, DC 20001

    Re: United States v. Raymond Jackson, 1:07cr340-01

Dear Ms. McGill:

    Mr. Jackson and I have reviewed the presentence report you prepared for the Honorable Emmet G. Sullivan in the above referenced case. On the whole we found your report to be not only accurate but fair. We do note the following, nonmaterial objections.

    First, we agree with the items addressed by AUSA Tom Zeno in his April 7, 2006 submission to you.

    Aside from Mr. Zeno's corrections we also note that in paragraph 52, you indicate that considering the restitution obligation in the case, his wife's custody status, and the defendant's unemployment, he does have the ability to pay a fine. I presume you meant to say that he **does not** have the ability to pay a fine.

    Paragraphs 5 and 71 speak to restitution. Through what I am sure is only an oversight you have not mentioned that Mr. Jackson has already paid $85,000.00 towards restitution. This was paid, technically, by Ms. Jackson, who was required to come to her sentencing with this amount. Since Mr. Jackson has accepted responsibility for all restitution he should be credited with the $85,000 previously paid and the total amount should be reduced accordingly.

    You mention, at paragraphs 49 and 51 you emphasize that Mr. Jackson has not returned the financial documents requested by you. Please note that, as he told you in my presence and, according to him, on other occasions, his wife controlled all aspects of the family finances, she is incarcerated and is uncooperative at present. He has no ability to provide what you request. This, combined with his acute state of depression (as you do

touch on briefly in your report) makes it impossible for him to comply with your requests.

Aside from the matters mentioned herein, we do find your report accurate and we thank you for the time you have devoted to it.

Sincerely,

G. Allen Dale

GAD/sl

Enclosure

Cc: Tom Zeno

**KAISER PERMANENTE**

Mid-Atlantic Permanente Medical Group, P.C.
Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.

April 7, 2008

Mark E. Schamel
Attorney at Law
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004-2601

RE: Brenda L. Jackson

Dear Mr. Schamel,

Reference is made to your March 25, 2008 request for assistance.

Attached are copies of two (2) Cashier's checks dated January 04, 2008, in the amount of $36,000.00 and January 07, 2008, in the amount of $45,000.00, and one (1) Harbor Bank of Maryland check from Lewyn Scott Garrett dated January 04, 2008, in the amount of $4000.00. The attached checks were made payable to and deposited by Kaiser Permanente on behalf of Brenda L. Jackson as payment for court ordered restitution in the amount of $85,000.00.

I hope this information is helpful and if I can be of further service please do not hesitate to contact me at telephone number 301-816-6849 or at my office address, 2101 E. Jefferson St, 2 West, Rockville, MD 20852.

Sincerely,

Dale E. Bird
Senior Investigator
National Special Investigations Unit
National Compliance, Ethics & Integrity Office

2101 East Jefferson Street
Rockville, Maryland 20852

**Bank of America**  Cashier's Check  No. 2943304

Date: JANUARY 04, 2008  
30-1/1140 NTX

Banking Center: UPPER MARLBORO

5012324  00008  002943304

LEWYN S GARRETT  
Remitter (Purchased By)

$ **36000.00**

Pay **THIRTY SIX THOUSAND DOLLARS AND 00 CENTS**

To The Order Of: **KAISER PERMANENTE**

[signature] Authorized Signature

Bank of America N.A.  
San Antonio, Texas

VOID AFTER 90 DAYS

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK  THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

---

2514

**LEWYN SCOTT GARRETT**  
**ATTORNEY AT LAW / ESCROW ACCOUNT**  
2225 SAINT PAUL STREET  PH. (410) 366-2571  
BALTIMORE, MD 21218

7-177-520

DATE 1-4-08

PAY TO THE ORDER OF: Kaiser Permanente     $ 4,000.00

Four Thousand ——————————— DOLLARS

THE **HARBOR BANK** OF MARYLAND  
BALTIMORE, MD 21201

[signature] Lewyn Scott Garrett

FOR: [illegible] for Kam

20-14-3774B 09-2005

**Bank of America**

Cashier's Check  JANUARY 07, 2008   No. 2916441

Banking Center  5018065 00008 002916441   MARY JACKSON FOR BRENDA JACKSON

**45000.00**

**FORTY FIVE THOUSAND DOLLARS AND 00 CENTS**   Remitter (Purchased By)

Pay To The Order Of  **KAISER PERMANENTE**
**CASE# CT062405X**

Authorized Signature

Bank of America, N.A.
San Antonio, Texas

VOID AFTER 90 DAYS

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK   THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK