IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO.  07-340-01 (EGS) |
| **RAYMOND JACKSON** | : | |

### GOVERNMENT'S UNOPPOSED MOTION TO
### CORRECT CLERICAL OMISSION IN JUDGMENT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to correct a clerical omission in the Judgment and presents the following in support of its motion.[1]

1. On page five of the Judgment, the order of restitution contains a sentence which reads:

> If the defendant makes a partial payment, each payee shall receive
> an approximately proportional payment, unless specified otherwise
> in the priority order or percentage payment column below.

However, nothing is included in the column entitled "Priority or Percentage."  This means that partial payments by the defendant will be divided equally between the D.C. Treasury and Kaiser.

2. This result is contrary to the intent of the parties as included in paragraph 4 of the plea agreement in which the parties agreed that the defendant would repay St. Elizabeths before Kaiser.  This order of repayment is appropriate both because Kaiser already has received a substantial payment of restitution and because the defendant took medication directly from St.

---

[1] Fed. R. Crim. P. 35 provides:

> After giving any notice it considers appropriate, the court may at
> any time correct a clerical error in a judgment, order, or other part
> of the record, or correct an error in the record arising from
> oversight or omission.

Elizabeths Hospital whereas his wife took medication from directly Kaiser. The undersigned Assistant recalls that the Court indicated its intent to include this priority of payment in the order of restitution.

3. The government suggests that the order of restitution be corrected to state, in pertinent part:

| Name of Payee | Priority or Percentage |
|---|---|
| D.C. Treasury | Pay in full first |
| Kaiser Foundation Health Care Plan | Pay after D.C. Treasury has been paid in full |

4. Counsel for the defendant has authorized the government to state that the defendant has no objection to this motion.

WHEREFORE, the government requests that its motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No.  498610


/s/ *Thomas E. Zeno*
_____
THOMAS E. ZENO
 D.C. Bar. No. 348623
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-6957
Thomas.Zeno@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO. 07-340-01 (EGS) |
| **RAYMOND JACKSON** | : | |

### ORDER

This matter comes before the Court upon the government's unopposed motion to correct a clerical omission in the Judgment. Based upon the record in this case, it is this _____ day of _____, 2008

ORDERED that the government's motion is granted, and

IT IS FURTHER ORDERED that the order of restitution on page five of the Judgment be amended to state, in pertinent part:

| Name of Payee | Priority or Percentage |
|---|---|
| D.C. Treasury | Pay in full first |
| Kaiser Foundation Health Care Plan | Pay after D.C. Treasury has been paid in full |

_____
Emmet G. Sullivan
United States District Judge