IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
**JUN 1 1 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 07-340-01 (EGS) |
| RAYMOND JACKSON | : | |

### ORDER

This matter comes before the Court upon the government's unopposed motion to correct a clerical omission in the Judgment. Based upon the record in this case, it is this _____ day of _____, 2008

ORDERED that the government's motion is granted, and

IT IS FURTHER ORDERED that the order of restitution on page five of the Judgment be amended to state, in pertinent part:

| Name of Payee | Priority or Percentage |
|---|---|
| D.C. Treasury | Pay in full first |
| Kaiser Foundation Health Care Plan | Pay after D.C. Treasury has been paid in full |

Emmet G. Sullivan
United States District Judge