HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Raymond Jackson                    Docket No.: 07CR340-1

**FILED**

JUL - 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:    DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **Raymond Jackson** having been sentenced, on May 6, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __USP Hazelton__, in __Bruceton Mills, WV__ by 2 p.m., on __July 15, 2008__.

30 SP.

7/5/08
Date

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER           DEFENDANT

Revised 6-2004